IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANDOH,

    Plaintiff,                                      No. CIV S-10-2053 LKK EFB

    vs.

CITY OF SOUTH LAKE TAHOE;
SOUTH LAKE TAHOE POLICE
DEPARTMENT; and RUSSELL LILES,

    Defendants.                                     <u>ORDER</u>

/

       On March 23, 2011, the court heard third party in interest www.johnandoh.com's motion to appear anonymously and quash a subpoena plaintiff served on Google, Inc., to the extent the subpoena relates to www.johnandoh.com. Dckt. Nos. 14, 15. Attorney Jeffrey D. Fulton appeared on behalf of plaintiff and attorney Susan E. Kirkgaard appeared on behalf of third party www.johnandoh.com.

       As stated on the record, and for the reasons stated on the record, third party in interest www.johnandoh.com's motion to appear anonymously and to quash the subpoena plaintiff served on Google, Inc., to the extent the subpoena relates to www.johnandoh.com, is granted.[1]

---

[1] Because neither party cited the Ninth Circuit opinion referenced during oral argument, the citation to that opinion is provided here: *In re Anonymous Online Speakers*, __ F.3d __,

1  To the extent the subpoena plaintiff served on Google, Inc. relates to www.johnandoh.com,
2  Google shall not provide any responses to that subpoena relating to www.johnandoh.com.  The
3  Clerk of Court is directed to serve a copy of this order via email on Google, Inc., c/o Google
4  Legal Support, at legal-support@google.com.
5       SO ORDERED.
6  DATED:  March 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

2011 WL 61635 (9th Cir. Jan. 7, 2011).