```
          Law Offices of
       TONON & ASSOCIATES
        Post Office Box 2536
      Truckee, California 96160
          Tel. (530) 587-0333
          Fax. (530) 587-1545
    Gayle K. Tonon, Esq. (SBN 110427)
```

Attorneys for Defendants: City of South Lake Tahoe, South Lake Tahoe Police Department and Officer Russell Liles

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ANDOH,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF SOUTH LAKE TAHOE, SOUTH LAKE TAHOE POLICE DEPARTMENT, OFFICER RUSSELL LILES, individually, and DOES 1 through 100, INCLUSIVE,<br><br>          Defendants. | Case No. 2:10-CV-02053-LKK-EFB<br><br>**STIPULATION TO STRIKE THE CLAIM OF LOSS OF EMPLOYMENT, LOSS OF INCOME AND LOSS OF EARNING CAPACITY FROM THE COMPLAINT**<br><br>COMPLAINT FILED: 08/02/2010<br>TRIAL DATE:       07/24/2012 |

    IT IS HEREBY STIPULATED by and between the parties to the within action through their respective attorneys of record that:

    The sentence "Plaintiff is also informed and believes that the STATA Board may have eliminated Plaintiff's position with STATA because of the unlawful arrest" be stricken from the Complaint. (Page 7, Lines 7-8)

    The words "lost earnings and wages" be stricken from the Complaint. (Page 7, Line 15)

///

-1-

STIPULATION TO STRIKE THE CLAIM OF LOSS OF EMPLOYMENT, LOSS OF INCOME AND LOSS OF EARNING CAPACITY FROM THE COMPLAINT

1  IT IS FURTHER STIPULATED that the Plaintiff, JOHN ANDOH, will not be claiming lost wages from any entity as a result of any of the alleged actions or inactions in the lawsuit.

4  IT IS FURTHER STIPULATED that the Plaintiff, JOHN ANDOH, will not be claiming loss of earning capacity as a result of any of the alleged actions or inactions in the lawsuit.

Dated:   June 15, 2011          **LAW OFFICE OF JEFFREY D. FULTON**

                                By: __/s/Jeffrey D. Fulton_____
                                    JEFFREY D. FULTON, ESQ.
                                    Attorney for the Plaintiff,
                                    JOHN ANDOH

Dated:   June 15, 2011          **TONON & ASSOCIATES**

                                By: _/s/Gayle K. Tonon_____
                                    GAYLE K. TONON, ESQ.
                                    Attorney for the Defendants,
                                    CITY OF SOUTH LAKE TAHOE, SOUTH
                                    LAKE TAHOE POLICE DEPARTMENT,
                                    and OFFICER RUSSELL LILES

**ORDER**

It is hereby ordered that the sentence "Plaintiff is also informed and believes that the STATA Board may have eliminated Plaintiff's position with STATA because of the unlawful arrest" (Complaint: Page 7, Lines 7-8) and the words "lost earnings and wages" (Complaint:  Page 7, line 15) be stricken from the Complaint.

///

---

-2-
STIPULATION TO STRIKE THE CLAIM OF LOSS OF EMPLOYMENT, LOSS OF INCOME AND
LOSS OF EARNING CAPACITY FROM THE COMPLAINT

1    It is further ordered that any claim for lost wages and loss of
2 earning capacity as a result of the action or inaction as alleged in
3 the Complaint be stricken.
4 Dated:  June 16, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

(SLT1003)P060911.StipReComplaint