Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendants: City of South Lake Tahoe, South Lake Tahoe Police Department and Officer Russell Liles

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ANDOH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SOUTH LAKE TAHOE, SOUTH LAKE TAHOE POLICE DEPARTMENT, OFFICER RUSSELL LILES, individually, and DOES 1 through 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:10-CV-02053-LKK-EFB<br>**STIPULATION OF DISMISSAL**<br><br><br><br><br><br>COMPLAINT FILED: 08/02/2010<br>TRIAL DATE:      07/24/2012 |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 11, 2011                **LAW OFFICE OF JEFFREY D. FULTON**


                                       By: _/s/Jeffrey D. Fulton_____
                                           JEFFREY D. FULTON, ESQ.
                                           Attorney for Plaintiff,
                                           JOHN ANDOH

---

-1-

STIPULATION OF DISMISSAL

1  Dated: October 19, 2011                    **TONON & ASSOCIATES**

3                                             By: _/s/Gayle K. Tonon_____
4                                                 GAYLE K. TONON, ESQ.
                                                  Attorney for Defendants,
5                                                 CITY OF SOUTH LAKE TAHOE,
                                                  SOUTH LAKE TAHOE POLICE
6                                                 DEPARTMENT and OFFIER
                                                  RUSSELL LILES

9  IT IS SO ORDERED.

11 DATED: October 21, 2011

                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

27 (SLT1003)P080411.Dismissal

---

-2-

STIPULATION OF DISMISSAL